

Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

RECEIVED

JUN 0 3 2024

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States District Court District of Arizona
Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

USPS FIRST-CLASS MAIL®

BDC 99

11.10 oz

SHIP TO:
PHOENIX AZ 85003

(420) 85003