# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Jason Crews<br><br>*Plaintiff(s)*<br>v.<br>Health Insurance of America, LLC et al.<br><br>*Defendant(s)* | Civil Action No. **CV24-01304-PHX-SMM** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vincent Nocera
32 SE 2ND AVE UNIT 233
DELRAY BEACH, FL 33444

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jason Crews
1515 N Gilbert Rd 107-204
Gilbert, AZ 85234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 11:06 am, Jun 04, 2024**
**s/ Debra D. Lucas, Clerk**

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | | |
|---|---|---|
| Jason Crews | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. | **CV24-01304-PHX-SMM** |
| Health Insurance of America, LLC et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Health Insurance of America, LLC
2200 N Federal Hwy STE 206
Boca Raton, FL 33431


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jason Crews
1515 N Gilbert Rd 107-204
Gilbert, AZ 85234


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____                           _____
                                               *Signature of Clerk or Deputy Clerk*

**ISSUED ON 11:06 am, Jun 04, 2024**
**s/ Debra D. Lucas, Clerk**