1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                         **FOR THE DISTRICT OF ARIZONA**
8
9    Jason Crews,                                  No. CV-24-01304-PHX-SMM
10                  Plaintiff,                      **ORDER**
11   v.
12   Health Insurance of America LLC, et al.,
13                  Defendants.
14
15
16       **IT IS ORDERED** that the Court will dismiss this action pursuant to Federal Rule
17   of Civil Procedure 4(m) without further notice after September 2, 2024, unless before then
18   Plaintiff has served Defendants with the summons and complaint and has filed with the
19
20   Clerk of the Court proof thereof pursuant to Rule 4(l) or has shown good cause for the
21   failure to timely serve.
22           Dated this 7th day of August, 2024.
23
24
25
26   _____
27   Honorable Stephen M. McNamee
     Senior United States District Judge
28