# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-24-01304-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Health Insurance of America LLC, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Voluntary Dismissal with Prejudice (Doc. 11), filed by Plaintiff on August 10, 2024. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice.

Accordingly,

**IT IS ORDERED directing** the Clerk of Court to terminate this action in its entirety.

Dated this 12th day of August, 2024.

_____
Honorable Stephen M. McNamee
Senior United States District Judge